## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| CAROL MARIN, PHILIP ROGERS, ALISON FLOWERS, ROBIN AMER, LINDSEY DORCUS, YOHANCE LACOUR, and VICTORIA NASSIF, each individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> ALPHABET, INC., a Delaware corporation, and GOOGLE LLC, a Delaware limited liability company, <br><br> Defendants. | Case No. 1:26-cv-05436 <br><br> Honorable April M. Perry |

## NOTICE OF MOTION

To:     Parties of record

**PLEASE TAKE NOTICE** that on July 20, 2026, Defendants Alphabet, Inc. and Google LLC ("Google"), with the consent of Plaintiffs, filed an Agreed Motion to Enlarge Page Limits and Set Briefing Schedule regarding Google's forthcoming motion to dismiss the complaint.

**PLEASE TAKE FURTHER NOTICE** that on July 23, 2026, at 10:00 a.m., Google, with the consent of Plaintiff, shall appear before the Honorable April M. Perry, United States District Judge of the United States District Court for the Northern District of Illinois, to present its Motion for entry of an Order (1) enlarging the page limit for Google's forthcoming motion to dismiss to 30 pages; (2) extending Plaintiffs' deadline to file a response to the motion by 14 days up to and including August 31, 2026, and to enlarge the corresponding page limit to 30 pages; and (3) extending Google's deadline to file a reply by 10 days up to and including September 20, 2026,

and to enlarge the corresponding page limit to 20 pages. The requested changes are reflected in the chart below:

| | Current or Default Deadline | Proposed Briefing Schedule | Current Page Limit | Proposed Page Limit |
|---|---|---|---|---|
| Motion | July 27, 2026 | No Change | 15 pages | 30 pages |
| Response | August 17, 2026 | August 31, 2026 | 15 pages | 30 pages |
| Reply | August 27, 2026 | September 20, 2026 | 10 pages | 20 pages |

Dated: July 20, 2026

Respectfully submitted,

QUINN EMANUEL URQUHART & SULLIVAN, LLP

*/s/ Andrew H. Schapiro*
Andrew H. Schapiro (Ill. Bar No. 6209041)
andrewschapiro@quinnemanuel.com
Tyler C. Murray (Ill. Bar No. 6274108)
tylermurray@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606
(312) 705-7400 (phone)
(312) 705-4001 (fax)

Viola Trebicka (admitted *pro hac vice*)
violatrebicka@quinnemanuel.com
Moon Hee Lee (admitted *pro hac vice*)
moonheelee@quinnemanuel.com
Eli Pales (admitted *pro hac vice*)
elipales@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000 (phone)
(213) 443-3100 (fax)

*Attorneys for Defendants*
*Alphabet, Inc. and Google LLC*