**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Carol Marin, et al.

                                        Plaintiff,

v.                                                                    Case No.: 1:26−cv−05436
                                                                      Honorable April M. Perry

Alphabet, Inc., et al.

                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, July 22, 2026:

        MINUTE entry before the Honorable April M. Perry: Motion to reassign case [24] is denied. Defendant has asked to reassign as related eight putative class actions involving some of the same plaintiffs and same legal theories. Defendant argues that all "implicate the same principles and concepts within the field of artificial intelligence and machine learning model training." Doc. 24 at 4. The Court disagrees that reassignment is appropriate. It is not unusual for the same plaintiff&#0;39;s attorney (sometimes even representing the same plaintiff) to file the same cause of action against numerous defendants. This most frequently occurs in cases brought under the ADA, TCPA, and consumer fraud statutes. Those cases are not reassigned as related just because they raise the same legal theories. Here, all nine defendants are different, there are different defense attorneys who will likely raise different arguments in the anticipated motions to dismiss, and Defendant acknowledges that there are "case−specific facts and nuances," Doc. 24 at 6, which presumably exist because each defendant is using different proprietary technology. This means that the cases are not susceptible of disposition in a single proceeding. Moreover, while allowing the eight other cases to proceed before different judges may very well result in inconsistent rulings, this judge does not agree with the concept that inconsistent rulings by district courts on novel legal theories is a bad thing. Different perspectives by district judges helps develop the law and aids the appellate court when the time comes for it to actually make law. There is no need for the parties to appear at the motion presentment hearing 7/30/2026. Mailed notice. (jcc,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our

web site at *www.ilnd.uscourts.gov*.