**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CAROL MARIN, PHILIP ROGERS, ALISON FLOWERS, ROBIN AMER, LINDSEY DORCUS, YOHANCE LACOUR, and VICTORIA NASSIF, each individually and on behalf of all others similarly situated,, <br><br> Plaintiffs, <br><br> v. <br><br> ALPHABET, INC., a Delaware corporation, and GOOGLE LLC, a Delaware limited liability company, <br><br> Defendants. | Case No. 1:26-cv-05436 <br><br> Honorable April M. Perry |

**GOOGLE'S MOTION TO DISMISS**

Defendants Alphabet, Inc. and Google LLC (together, "Google") respectfully move to dismiss the Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted, because each of the claims in the Complaint are barred by the United States Constitution and preempted by the Copyright Act, and because Plaintiffs do not sufficiently plead the essential elements. The bases for Google's motion are summarized in the following table:

**Grounds for Dismissal, by Count**

| Count | Extraterritoriality and Dormant Commerce Clause | Failure to State a Claim | Copyright Preemption | First Amendment |
|---|---|---|---|---|
| II. BIPA § 15(a) – retention/destruction policy | ✓ | ✓ | ✓ | ✓ |
| I. BIPA § 15(b) – unlawful collection/capture | ✓ | ✓ | ✓ | ✓ |

| Count | Extraterritoriality and Dormant Commerce Clause | Failure to State a Claim | Copyright Preemption | First Amendment |
|---|---|---|---|---|
| III. BIPA § 15(c) – unlawful profiting/sale | ✓ | ✓ | ✓ | ✓ |
| IV. BIPA § 15(d) – unlawful disclosure | ✓ | ✓ | ✓ | ✓ |
| V. BIPA § 15(e) – reasonable standard of care | ✓ | ✓ | ✓ | ✓ |
| VI. Illinois Right of Publicity (IRPA) | | ✓ | ✓ | ✓ |
| VII. Illinois Consumer Fraud Act (ICFA) | | ✓ | ✓ | ✓ |
| VIII. Illinois Uniform and Deceptive Trade Practices Act (UDTPA) | | ✓ | ✓ | ✓ |
| IX. Unjust enrichment | | ✓ | ✓ | ✓ |

For these reasons, those provided in the accompanying Memorandum in Support, the declaration of Viola Trebicka and the attached exhibits, and any further submissions and argument to the Court, Google respectfully requests that the Court issue an order dismissing the Complaint in its entirety with prejudice. The Court entered the parties' agreed briefing schedule for this motion at ECF No. 23.

Dated: July 27, 2026

Respectfully submitted,

QUINN EMANUEL URQUHART & SULLIVAN, LLP

*/s/ Viola Trebicka*
Andrew H. Schapiro (Ill. Bar No. 6209041)
andrewschapiro@quinnemanuel.com
Tyler C. Murray (Ill. Bar No. 6274108)
tylermurray@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606
(312) 705-7400 (phone)
(312) 705-4001 (fax)

Viola Trebicka (admitted *pro hac vice*)
violatrebicka@quinnemanuel.com
Moon Hee Lee (admitted *pro hac vice*)
moonheelee@quinnemanuel.com
Eli Pales (admitted *pro hac vice*)
elipales@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000 (phone)
(213) 443-3100 (fax)

*Attorneys for Defendants*
*Alphabet, Inc. and Google LLC*