**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CAROL MARIN, PHILIP ROGERS, ALISON FLOWERS, ROBIN AMER, LINDSEY DORCUS, YOHANCE LACOUR, and VICTORIA NASSIF, each individually and on behalf of all others similarly situated, | ) | Case No. 1:26-cv-05436 |
| | ) | Hon. April M. Perry |
| Plaintiffs, | ) | |
| v. | ) | |
| ALPHABET, INC., a Delaware corporation, and GOOGLE LLC, a Delaware limited liability company, | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

To: Parties of record

**PLEASE TAKE NOTICE** that on October 1, 2026, Plaintiffs filed Plaintiffs' Motion for Leave to File Sur-Reply. Before filing, Plaintiffs' counsel asked Defendants whether they objected to the Motion; Defendants take no position on this motion. **PLEASE TAKE FURTHER NOTICE** that on October 7, 2026, at 10:00 a.m., Plaintiffs' counsel shall appear before the Honorable April M. Perry, United States District Judge of the United States District Court for the Northern District of Illinois, to present their Motion for entry of an Order permitting Plaintiffs to file their Sur-Reply, attached as Exhibit A to the Motion.

Dated: October 1, 2026

Respectfully submitted,

LOEVY & LOEVY

/s/ Ross Kimbarovsky

Ross Kimbarovsky (6229590)
ross@loevy.com
Jon Loevy (6218524)
jon@loevy.com
Michael Kanovitz (6275233)

mike@loevy.com
Matthew Topic (6290923)
matt@loevy.com
Aaron Tucek (98624)
aaron@loevy.com
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
312.243.5900 (phone)
312.243.5902ax)

*Attorneys for Plaintiffs Carol Marin, Philip Rogers, Alison Flowers, Robin Amer, Lindsey Dorcus, Yohance Lacour, and Victoria Nassif.*